814

and *Robert L. VanHoove*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.


## Commonwealth *v.* Flaherty, Appellant.

Argued December 6, 1973.

*Allen R. Krier*, for appellant; *Paul S. Foreman*, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.


## Commonwealth *v.* Forba, Appellant.

Submitted December 10, 1973. *Neil Carver*, for appellant; *David Richman* and *Bonnie Brigance Leadbetter*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.


## Commonwealth *v.* Forba, Appellant.